# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

UNITED STATES OF AMERICA

                                   Plaintiff,

v.                                                             Case No.: 1:18−cr−00721
                                                                  Honorable Sara L. Ellis

Aws Mohammed Younis Al−Jayab

                                   Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 3, 2019:

       MINUTE entry before the Honorable Sara L. Ellis:as to Aws Mohammed Younis Al−Jayab, Sentencing held on 10/3/2019. Judgment in a criminal action to issue. Mailed notice (rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.